Aaron D. Templeton and Evadna R. Templeton, Respondents, v. The Famobrosis Society and Others, Defendants, Impleaded with Winfield L. Morse, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Ulster Brick Company, Respondent, v. Murtha & Schmohl Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Edward Van Fradenburgh and Katherine G. Wiggins, Respondents, v. Home Mutual Fire Insurance Company of Broome County, N. Y., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Snyder Co.* v. *Smith* (124 App. Div. 412) and *Deutsch* v. *Upton Cold Storage Co.* (146 id. 588). Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Max Cohen, Respondent, v. Eagle Pencil Company and Another, Appellants, and Others, Defendants.— Motion for stay denied, with ten dollars costs, and temporary stay contained in the order to show cause vacated. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Stafford Hendrix, Appellant.— Motion granted.   Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Pauline Strauss, Appellant, v. Frederick Seifter and Others, Respondents.— Motion for reargument denied, with ten dollars costs.   Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Mary Trangel, Respondent, v. Boorum & Pease Company and Central Machinery and Supplies Company, Inc., Appellants.— Motion for reargument denied, with ten dollars costs.   Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Henry Bliefernich, Respondent, v. Liverpool and London and Globe Insurance Company, Limited, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within ten days plaintiff stipulate to reduce the verdict by the sum of $400, together with proportionate interest; in which event the judgment, as so modified, and the order are affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.